UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:94-CR-37-1-F

In re:                                    )
FREDERICK LEONARD HOOPER    )
                                              )        O R D E R
                                              )

The Government's Unopposed Petition for Extraordinary Relief under 28 U.S.C. § 1651 [DE-66] is ALLOWED for the reasons cogently stated therein. The court finds the circumstances present in this case to be compelling and the relief requested to be necessary to fundamental fairness in the administration of justice.

It is ORDERED that Frederick Leonard Hooper BE RELEASED ON TIME SERVED, subject to any pending detainers, under the extraordinary circumstances of this case and to avoid a fundamental denial of justice.

SO ORDERED.

This the 30th day of November, 2012.

*James C. Fox*
James C. Fox
Senior U.S. District Judge