UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:94-CR-37-1-F

| | | |
|---|---|---|
| In Re: | ) | AMENDMENT TO |
| FREDERICK LEONARD HOOPER | ) | ORDER for EXTRAORDINARY RELIEF |

The Order for Extraordinary Relief [DE-68], entered herein on December 3, 2012, is AMENDED to clarify that, except as stated therein, all other terms and conditions of the Judgment [DE-32] remain in full force and effect.

SO ORDERED.

This, the ___4th___ day of December, 2012.

_____
JAMES C. FOX
Senior United States District Judge