# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Frederick Leonard Hooper                               Docket No. 7:94-CR-37-1F

### Petition for Action on Supervised Release

COMES NOW Chip Williams, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Frederick Leonard Hooper, who, upon an earlier plea of guilty to two (2) counts of Felon in Possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(e)(1), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on June 1, 1995, to the custody of the Bureau of Prisons for a term of 327 months. On November 30, 2012, pursuant to 28 U.S.C. § 1651, the defendant was sentenced to time served. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall participate in a vocational training program as may be directed by the probation office.

4. The defendant shall submit a written weekly report to the probation office, if not regularly employed, of attempts to secure gainful employment.

Frederick Leonard Hooper was released from custody on December 3, 2012, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 25, 2013, the defendant submitted a urine sample which was later confirmed to be positive for the presence of cocaine. To address the violation, it is recommended the conditions be modified to include twenty-four (24) hours of community service. In addition, the defendant has

Frederick Leonard Hooper
Docket No. 7:94-CR-37-1F
Petition For Action
Page 2

been referred for a substance abuse assessment and treatment, if warranted. Furthermore, the level of drug testing and personal contacts have been increased. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

    **PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Chip Williams<br>Chip Williams<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: 910-815-4857<br>Executed On: December 6, 2013 |

## ORDER OF COURT

Considered and ordered this ___9___ day of __December__, 2013, and ordered filed and made a part of the records in the above case.

/s/ James C. Fox
James C. Fox
Senior U.S. District Judge